*Berst, et al., Respondents, v. Snohomish County, Petitioner,* No. 73898-0. Petition for review of a decision of the Court of Appeals, No. 49545-3-I, November 4, 2002, 114 Wn. App. 245. *Denied* November 4, 2003.

*State, Respondent, v. Lewis, Petitioner,* No. 73909-9. Petition for review of a decision of the Court of Appeals, No. 28217-8-II, April 15, 2003, 116 Wn. App. 1040. *Denied* November 4, 2003.

*State, Respondent, v. Biggness, Petitioner,* No. 73910-2. Petition for review of a decision of the Court of Appeals, No. 49929-7-I, February 24, 2003, 115 Wn. App. 1047. *Denied* November 4, 2003.

*State, Respondent, v. Franetich, Petitioner,* No. 73912-9. Petition for review of a decision of the Court of Appeals, No. 21003-1-III, April 8, 2003, 116 Wn. App. 1035. *Denied* November 4, 2003.

*State, Respondent, v. Kolesnikovich, et al., Petitioners,* No. 73941-2. Petition for review of a decision of the Court of Appeals, Nos. 50312-0-I; 503197-I, March 31, 2003, 116 Wn. App. 1027. *Denied* November 4, 2003.

*State, Respondent, v. Barnes, Petitioner,* No. 73943-9. Petition for review of a decision of the Court of Appeals, No. 27539-2-II, February 25, 2003, 115 Wn. App. 1050. *Denied* November 4, 2003.

*State, Respondent, v. Boggess, Petitioner,* No. 73945-5. Petition for review of a decision of the Court of Appeals, Nos. 27339-0-II; 27779-4-II, March 25, 2003, 116 Wn. App. 1021. *Denied* November 4, 2003.

*Shupe, Petitioner, v. Ketting, et al., Respondents,* No. 73946-3. Petition for review of a decision of the Court of Appeals, No. 20108-2-III, March 27, 2003, 116 Wn. App. 1023. *Denied* November 4, 2003.